
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6 5 06
BY OM

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **STEVEN MCLELLAND** | CIVIL ACTION NO. 5:06CV0358 |
| **VERSUS** | JUDGE STAGG |
| | MAG. JUDGE HORNSBY |
| **WARDEN, DAVID WADE CORRECTIONAL CENTER** | |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**X** The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 9th day of June, 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE